Form G5 (20200101_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re:<br>Onalis Mercado,<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 18-35026<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |
|---|---|---|

## ORDER MODIFYING PLAN

THIS CAUSE coming to be heard on the motion of the debtor to modify the Chapter 13 plan, this Court having jurisdiction over the matter, being duly advised on the premises and due notice having been given to the parties entitled thereto, IT IS HEREBY ORDERED:

1. That the current plan default is deferred to the end of the Chapter 13 plan of reorganization.

2. The trustee shall not be required to perform collection on behalf of creditors pursuant to any prior confirmed plan.

3. The plan base amount remains unchanged.

Enter:

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: APR - 6 2020

**Prepared by:**
Christine Thurston
Thurston Law Firm
PO Box 4018
Itasca, IL 60143
312-818-8008